**Order filed April 17, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00279-CV
_____

**RSL FUNDING, L.L.C., Appellant**

**V.**

**CHAVEZE D. PIPPINS, DANIEL P. MORRIS, DONNA M. O'BRIEN, METLIFE INSURANCE COMPANY, METLIFE INSURANCE COMPANY OF CONNETICIUT, AND METLIFE INVESTORS USA INSURANCE COMPANY, Appellees**

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 994875**

## O R D E R

This is an accelerated appeal from an interlocutory order signed March 30, 2012, granting appellees' motion to stay arbitration. On April 16, 2012, appellant filed a motion in this court requesting temporary orders pursuant to Texas Rule of Appellate Procedure 29. Rule 29.3 provides that in an appeal from an interlocutory order, an appellate court

may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal.   Tex. R. App. P. 29.3.

Appellant requests that we stay all proceedings in the trial court pending resolution of the interlocutory appeal.   It appears from the facts stated in the motion that appellant's rights will be prejudiced unless immediate temporary relief is granted.   Accordingly, we grant the motion and issue the following order.

We therefore ORDER that proceedings by the court below be stayed in trial court cause number 994875, styled *RSL Funding, L.L.C. v. Chaveze D. Pippins, Daniel P. Morris, Donna M. O'Brien, Metlife Insurance Company, Metlife Insurance Company Of Conneticiut, and Metlife Investors USA Insurance Company.*   The proceedings are stayed until final decision by this court in this interlocutory appeal or until further orders of this court.

PER CURIAM

Justices Boyce, Christopher, and Jamison